

FILED
OCT 18 2022
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 4:22-cr-164 |
| v. | INDICTMENT |
| AVONTAE LAMAR TUCKER, | T. 18 U.S.C. § 922(g)(3) |
| | T. 18 U.S.C. § 924(a)(8) |
| Defendant. | T. 18 U.S.C. § 924(c)(1)(A)(i) |
| | T. 18 U.S.C. § 924(c)(1)(A)(ii) |
| | T. 18 U.S.C. § 924(d) |
| | T. 18 U.S.C. § 1951 |
| | T. 28 U.S.C. § 2461 |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Interference with Commerce Through Robbery)

On or about September 23, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, knowingly and unlawfully obstructed, delayed, and affected commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, through the commission of a robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant unlawfully took and obtained property, consisting of U.S. currency and other property, from the Git N Go located at 2140 East Park Avenue, Des Moines, Iowa, a business that affects interstate commerce, from the person and presence of an employee of that business, against their will, by means of actual or threatened force or violence.

This is a violation of Title 18, United States Code, Section 1951.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Possessing and Brandishing a Firearm in Furtherance of a Crime of Violence)

On or about September 23, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, knowingly possessed and brandished a firearm in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, interfering with commerce by robbery, as alleged in Count 1 of this Indictment.

This is a violation of Title 18, United States Code, Section 924(c)(1)(A)(i) and 924(c)(1)(A)(ii).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Unlawful User in Possession of a Firearm)**

On or about September 28, 2022, in the Southern District of Iowa, the defendant, AVONTAE LAMAR TUCKER, in and affecting commerce, knowingly possessed a firearm, namely, one or more of the following firearms:

1. a loaded Glock, model 19, nine-millimeter pistol, with serial number BCVU827; and

2. a loaded Diamondback Firearms, model DB15, 5.56-millimeter rifle, with serial number DB2012970.

At the time of the offense, the defendant knew he was an unlawful user of or addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

THE GRAND JURY FINDS:

## NOTICE OF FORFEITURE

Upon conviction for the offense(s) alleged in Count 2 and/or 3 of this Indictment, the defendant, AVONTAE LAMAR TUCKER, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, but not limited to, the firearm and ammunition identified in Counts 2 and/or 3 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

                                                            _____
                                                             FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Kristin M. Herrera
Assistant United States Attorney